

# Fourth Court of Appeals
## San Antonio, Texas

October 22, 2018

No. 04-18-00532-CR

Daniel Cervantes **SALAZAR**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR6992
Honorable Joey Contreras, Judge Presiding

# O R D E R

The reporter's record was originally due September 18, 2018, but it was not filed. This court notified the court reporter, Erminia Uviedo, that she is the court reporter responsible for timely filing the reporter's record, and the record had not been filed. Our letter directed Ms. Uviedo to file the record by October 24, 2018. On that date, she has filed a notification of late record, requesting an additional thirty-one days to file the record.

We **grant** the motion order Erminia Uviedo to file the reporter's record by **November 19, 2018** (61 days after the original due date). Ms. Uviedo is advised that the court will not grant a further extension of time unless she (1) establishes there are extraordinary circumstances that prevent her from timely filing the record, (2) advises the court of what efforts have been expended to prepare the record and the status of completion, and (3) provides the court reasonable assurance the record will be completed and filed by the requested extended deadline.

Because "[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed," Tex .R. App. P. 35.3(c), we also order the clerk of this court to serve a copy of this order on the trial court.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of October, 2018.



_____
Keith E. Hottle
Clerk of Court